## Commonwealth to use of Jones, Appellant, *v.* Lennox.

Argued May 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Richard S. Clover,* for plaintiff.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Nicholas M. D'Alessandro,* Assistant City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for appellee.

*A. John May,* with him *David T. Sykes,* and *Duane, Morris & Heckscher,* for appellee.

OPINION PER CURIAM, May 28, 1969:
Judgment affirmed.